IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| MBC GREENHOUSE, CO., *et al.* ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| SCOTT PELTZ, ON BEHALF OF ) | |
| DEBTORS, ) | C.A. No. 04-493 (GMS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MORETTI NURSERY, INC. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

WHEREAS on January 20, 2005 the Plaintiff filed a Request for Entry of Judgment (D.I. 18), citing the Defendant's failure to comply with a Settlement Agreement and Mutual Release (id. Ex. A);

WHEREAS the deadline for the Defendant's answer brief was February 3, 2005; and

WHEREAS, as of March 4, 2005, the Defendant has not filed an answer brief or any other response to the Plaintiff's request.

IT IS HEREBY ORDERED THAT:

1. The Defendant shall respond to the Plaintiff's Request for Entry of Judgment by **Friday, March 11, 2005**; and

2. If, without good cause, the Defendant fails to respond by the above-mentioned date, the court will grant the Plaintiff's Request for Entry of Judgment.

Dated: March 7, 2005
                                                                                                _____/s/_____
UNITED STATES DISTRICT JUDGE