IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: MBC GREENHOUSE CO. et al.

| | |
|---|---|
| SCOTT PELTZ, as the Plan Administrator upon behalf of the substantively consolidated estates of the Debtors,<br><br>                  Plaintiff,<br><br>v.<br><br>MORETTI NURSERY, INC.,<br><br>                  Defendant. | Civil Action No. 04-493 (GMS)<br><br><br>Adv. Pro. No. 03-54100 (PJW)<br>Bankruptcy Case No. 01-2175 (PJW) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                    )SS:
COUNTY OF NEW CASTLE   )

      Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel for the Plaintiff, in the above-captioned action, and that on the 9th day of March, 2005, she caused a copy of the following document(s) to be served upon the attached service list by facsimile and e-mail:

      [Signed] Order to Respond to Plaintiff's Request for Entry of Judgment [Docket No. 19

_____
Karina Yee

Sworn to and subscribed before
me this 9th day of March, 2005
_____
Notary Public
My Commission Expires: 02/11/06

28605-002\DOCS_DE:102785.4

| RECIPIENT | E-MAIL | FAX NO. |
|---|---|---|
| (Moretti Nursery, Inc.)<br>Kathleen J. Campbell, Esq.<br>*Campbell & Levine* | kcampbell@camlev.com | 302-426-9947 |
| (Moretti Nursery, Inc.)<br>George A. Vince, Jr., Esq.<br>*Bates and Vince* | gvince@suite224.net | 440-428-1315 |