IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| MBC GREENHOUSE, CO., *et al.* ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| SCOTT PELTZ, ON BEHALF OF ) | |
| DEBTORS, ) | C.A. No. 04-493 (GMS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MORETTI NURSERY, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

WHEREAS on January 20, 2005, Plaintiff Scott Peltz filed a Request for Entry of Judgment (D.I. 18), citing Defendant Moretti Nursery, Inc.'s ("Moretti") failure to comply with a Settlement Agreement and Mutual Release (id. Ex. A);

WHEREAS on March 7, 2005, the court issued an order directing the Moretti to respond to the Peltz's Request for Entry of Judgment by March 11, 2005 (D.I. 19); and

WHEREAS the March 7 order also stated that a failure to respond by Moretti would result in the granting of Peltz's motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Peltz's Request for Entry of Judgment be GRANTED; and

2. Pursuant to ¶ 3 of the parties' Settlement Agreement and Mutual Release (D.I. 18 Ex. A), judgment in the amount of $72,317.90 be and is hereby ENTERED in favor of Scott Peltz, on behalf of debtors, against Moretti Nursery, Inc.



Dated: March 23, 2005

UNITED STATES DISTRICT JUDGE

FILED
MAR 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE