IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: MBC GREENHOUSE CO. et al.

| | |
|---|---|
| SCOTT PELTZ, as the Plan Administrator upon behalf of the substantively consolidated estates of the Debtors,<br><br>Plaintiff,<br><br>v.<br><br>MORETTI NURSERY, INC.,<br><br>Defendant. | Civil Action No. 04-493 (GMS)<br><br><br>Adv. Pro. No. 03-54100 (PJW)<br>Bankruptcy Case No. 01-2175 (PJW) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                              )SS:
COUNTY OF NEW CASTLE )

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel for the Plaintiff, in the above-captioned action, and that on the 23rd day of March, 2005, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated therein:

**[Signed] Order Granting Peltz's Request for Entry of Judgment [Docket No. 21]**

_/s/ Karina Yee_
Karina Yee

Sworn to and subscribed before
me this 23rd day of March, 2005
_[signature]_
Notary Public
My Commission Expires: 7-31-05

28605-002\DOCS_DE:102785.5

MARLENE S. CHAPPE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 31, 2005

MBC Greenhouse Co. et al.
Moretti Nursery Service List
Document No. 71352
01 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
Kathleen J. Campbell, Esq.
Campbell & Levine, LLC
800 N. King St., Ste. 300
Wilmington, DE 19801

**First Class Mail**
George A. Vince, Jr., Esq.
Bates and Vince
13 W. Main St.
Madison, OH 44057